

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-49,339-04

### EX PARTE ERIC WALLACE KOEHL, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 621969-C IN THE 185TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of unauthorized use of a motor vehicle and sentenced to thirty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Koehl v. State*, 857 S.W.2d 762 (Tex. App.—Houston [14th Dist.] 1993). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In his first and second grounds, Applicant contends that his punishment is excessive and that the Double Jeopardy Clause was violated. In a supplemental ground, he contends that he is actually innocent. Applicant's first and second grounds are denied. His supplemental ground is dismissed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. Accordingly, this application is denied in part and

dismissed in part.

Filed: January 29, 2020
Do not publish